**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTIAN SANCHEZ, on behalf of himself
and all others similarly situated,

                          Plaintiffs,

                  -against-


RIVIAN AUTOMOTIVE, LLC

                          Defendant.

Docket No: 1:20-cv-10678-MKV

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff CHRISTIAN SANCHEZ by and through counsel, to provide notice to

the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a
   settlement agreement ("Agreement") is in the process of being finalized. Once the
   Agreement is fully executed, and certain conditions have been fulfilled pursuant to the
   Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without
   costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and
   conferences.


     Dated:     Brooklyn, New York
                February 23, 2021


                                    Respectfully submitted,
                                    /s/ *Joseph H. Mizrahi*
                                    Joseph H. Mizrahi, Esq.